# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GREGORY DEATRICK BEARD,

      Plaintiff,

v.                                    CASE NO.  4:18cv323-RH/CAS

CLAY COUNTY CIRCUIT COURT
et al.,

      Defendants.

_____/


## ORDER FOR TRANSFER


This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon review,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on December 1, 2018.

                        s/Robert L. Hinkle_____
                        United States District Judge